UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL T PINES,

        Plaintiff,

    v.

DIRECTOR OF ATASCADERO STATE HOSPITAL, et al.,

        Defendants.

Case No. 18-cv-03849-SI

**ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Re: Dkt. Nos. 2, 3

This matter is now before the court for consideration of plaintiff's application for a temporary restraining order and/or preliminary injunction "ordering the immediate release of plaintiff from Atascadero State Hospital." Docket No. 2 at 1. Plaintiff alleges in his civil rights complaint that he is at Atascadero State Hospital because, at the end of his prison sentence, the California Department of Corrections and Rehabilitation determined that he was a mentally disordered offender (MDO) and sent him to Atascadero State Hospital, even though he did not meet the criteria for an MDO commitment. Docket No. 1 at 19-20.

A writ of habeas is the exclusive remedy for a prisoner who seeks "'immediate or speedier release'" from confinement. *Skinner v. Switzer*, 562 U.S. 521, 533-34 (2011) (quoting *Wilkinson v. Dotson*, 544 U.S. 74, 82 (2005)); *see also Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) ("we hold today that when a state prisoner is challenging the very fact or duration of his physical imprisonment, and the relief he seeks is a determination that he is entitled to immediate release or a speedier release from that imprisonment, his sole federal remedy is a writ of habeas corpus").

Because a petition for writ of habeas corpus is the exclusive method by which a prisoner may seek release from custody, plaintiff's *ex parte* application for a temporary restraining order and/or preliminary injunction to provide for his immediate release from custody is DENIED.

United States District Court
Northern District of California

Docket Nos. 2, 3.  If plaintiff wants to seek his release from custody, the only sort of action he may file in federal court to obtain that relief is a petition for writ of habeas corpus.  The proper venue for a habeas petition challenging a decision made in San Diego County Superior Court (where plaintiff's conviction occurred) is the U.S. District Court for the Southern District of California.  The proper venue for a habeas petition challenging a decision made in San Luis Obispo County (where Atascadero State Hospital is located) is the U.S. District Court for the Central District of California.

The court will screen the civil rights complaint in due course, after plaintiff submits the required *in forma pauperis* application or pays the $400.00 filing fee.  Plaintiff is reminded that failure to file a completed *in forma pauperis* application or pay the filing fee within 28 days of filing the complaint will result in the dismissal of this action.

**IT IS SO ORDERED**.

Dated:  July 10, 2018

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California