

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Michael T. Pines

**Plaintiff,**

V.

See attachment

**Defendant.**

Civil Action No. 18cv1876-MMA(JLB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court:
1) Grants Plaintiff's Motion to Proceed IFP (Doc. No. 34);
2) Denies Plaintiff's Request for Counsel (Doc. No. 41);
3) Dismisses Plaintiff's FAC sua sponte as frivolous, for failing to state a claim upon which § 1983 relief can be granted, and for seeking monetary damages against immune defendants pursuant to 28 U.S.C. § 1915(e)(2)(B);
4) Denies Plaintiff's Motion for "Request for Expedited Rulings" and Motion for "Application for Orders" (Doc Nos. 30, 32) as moot;
5) Denies leave to amend as futile,
6) Certifies that an IFP appeal of this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3)

Date: 10/10/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman

R. Chapman, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18cv1876-MMA(JLB)

Defendants:

Director of Atascadero State Hospital
Director of California Department of Corrections and Rehabilitation
Warden of California Institution for Men
Esq. Christian McLaughlin
Lisa Debenittis
State Bar of California
U.S. Bankruptcy Trustee of San Diego
Attorneys for the U.S. Trustee
Bonnie Dumanis
James Romo
San Diego Sheriff
San Diego Public Defender
Scripps Encinitas Hospital
San Diego County Probation Department
Federal Bureau Investigation
Sherin Ghannadi
Jeffrey Davis
Krystal Muehl
Christopher Gray
Ryan Donahue
Jackie Lacey
Tony Rackaucks